1  Mark S. Eisen (SBN 289009)
   meisen@beneschlaw.com
2  **BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP**
3  71 South Wacker Drive, Suite 1600
   Chicago, Illinois  60606
4  Telephone:  (312) 212-4949
   Facsimile:  (312) 767-9192
5

6  Attorneys for Defendant DOORDASH, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | PHILLIP LENDENBAUM,        | Case No. 3:23-cv-00370-SK
12 |         Plaintiff,         | **JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**
13 |         v.                 |
14 | DOORDASH, INC.,            | **[Local Rule 6-1(a)]**
15 |         Defendant.         | Complaint Filed:  January 25, 2023
16 |                            | Current Response Date:  March 31, 2023
17 |                            | New Response Date:  April 14, 2023
18 |                            | Trial Date:  None Assigned

STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Plaintiff PHILLIP LENDENBAUM ("Plaintiff") and Defendant DOORDASH, INC. ("Defendant") hereby jointly stipulate, consistent with Civil Local Rule 6-1(a), as follows:

1. Whereas, Defendant waived service on January 30, 2023. (Dkt. 6.)

2. Whereas, the Parties have met and conferred and hereby stipulate to enlarge the time for Defendant to file its responsive pleading to the Complaint from March 31, 2023 to April 14, 2023.

3. Local Rule 6-1(a) allows the parties to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, provided the change will not alter the date in any event or any deadline already fixed by Court order. The extension of time will not alter the date in any event or deadline fixed by Court order.

IT IS SO STIPULATED.

LAW OFFICES OF TODD M. FRIEDMAN

Dated: March 28, 2023    By:    /s/ Phillip Lendenbaum

   Attorney for Plaintiff
   PHILLIP LENDENBAUM


BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Dated:  March 28, 2023    By:    /s/ Mark S. Eisen
   Mark S. Eisen, Esq.
   Attorneys for Defendant
   DOORDASH, INC.

**ATTESTATION**

I, Mark S. Eisen, hereby attest, pursuant to United States District Court, Northern District of California Local Rule 5-1(h)(3), that concurrence to the filing of this document has been obtained from the signatories hereto.

DATED:       March 28, 2023                                         By: /s/ Mark Eisen